Edward LITTLE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 69854.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 13, 1996.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Movant appeals the dismissal of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Kenneth MAY, Appellant,

v.

STATE of Missouri, Respondent.

No. 70045.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 13, 1996.

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Defendant appeals the motion court's denial of his Rule 24.035 motion without an evidentiary hearing. In his Rule 24.035 motion, defendant alleges his trial counsel failed to present certain testimony from certain witnesses at his sentencing hearing. The motion court denied his motion without a hearing. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).